# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIE J. CAUSEY, JR. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:08-cv-03460-FMC-CW |
| v. | |
| BNC MORTGAGE, INC. | **ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT** |
| Defendant(s). | |

☐  A settlement proceeding was held on ___November 12, 2009___ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

   ☑ All individual parties and their respective trial counsel.

   ☑ Designated corporate representatives.

   ☐ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

   Not applicable.

☐  A settlement proceeding did not take place because the case settled before the proceeding occurred.

3. The outcome of the proceeding was:

☐ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the attorney settlement officer advised the parties to notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the attorney settlement officer has advised the parties to file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☑ **The parties are unable to reach an agreement at this time.**

Dated: November 12, 2009

_/s/ Rebecca Callahan_
Signature of Attorney Settlement Officer

REBECCA CALLAHAN
Name of Attorney Settlement Officer

5120 Campus Drive
Mailing Address

Newport Beach, CA 92660
City, State and Zip Code

949 260-8888
Telephone Number

The Attorney Settlement Officer to electronically file original document:

**PROOF OF SERVICE DECLARATION**

STATE OF CALIFORNIA

COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Callahan Law Corporation, 5120 Campus Drive, Newport Beach, California, in said County and State.

     On November 12, 2009, I served the following documents:

ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT

A true and correct copy of said document was placed in sealed envelopes addressed as follows:

| | |
|---|---|
| Matthew C. Tye<br>Law Offices of Matthew C. Tye<br>24 Midsummer<br>Irvine, CA 92620 | Nathan W. Fransen<br>Fransen and Molinaro LLP<br>980 Montecito Drive, Suite 206<br>Corona, CA 928779 |
| S. Christopher Yoo<br>Adorno Yoss Alvarado and Smith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | |

by the following means of service:

☒ **BY MAIL:** I caused the above-referenced document(s) with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY NOTICE OF ELECTRONIC FILING:** I caused the above-described document(s) to be served by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ **BY FAX:** I caused the above-described document(s) to be transmitted by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached list with fax numbers indicated.)

☐ **BY PERSONAL SERVICE:** I caused the above-described document(s) to be delivered by hand at the addresses listed above.

---
PROOF OF SERVICE DECLARATION

1 ☐ **BY OVERNIGHT DELIVERY**: I caused the above-described document(s) to be delivered via overnight courier service with instructions for "next day" delivery as indicated on the attached list.

2

3

4 ☒ I am employed in the office of Callahan Law Corporation. REBECCA CALLAHAN is a member of the bar of this court.

5

6 ☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

7 Executed on November 12, 2009, at Newport Beach, California.

8

9 Michelle Snyder                    *Michelle Snyder*
*Print Name*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28