UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-03460-JHN -CWx | Date | June 10, 2010 |
|---|---|---|---|
| Title | Willie J. Causey Jr. v. BNC Mortgage, Inc. et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present  Not present

**Proceedings:**        ORDER   (In Chambers)

☐   Case should not have been closed with   [  ], filed      . **Make JS-5**

■   Case should have been closed with ORDER ON SUMMARY JUDGMENT  [66], filed 6-9-10. **Make JS-6**

☐   Other:  **Make JS-5**; should have been re-opened with Order #  .

☐   COMMENTS: re-open as to defendants JP Morgan Chase Bank, and Experian Information Solutions Inc., only.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |