JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIE J. CAUSEY, JR., | ) Case No.: CV08-03460 MWF (CWx) |
| Plaintiff, | ) |
| v. | ) |
|  | ) **FINAL JUDGMENT** |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006-BNC3, AND DOES 1-10, | ) |
| Defendants. | ) |

Plaintiff Willie J. Causey's Motion for Summary Judgment came on regularly for hearing on July 9, 2012.  The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, HEREBY ORDERS AND DECREES that Plaintiff's Motion for Summary Judgment is GRANTED.  (Docket No. 133 (Order Granting Plaintiff's Motion for Summary Judgment)).  Defendant U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006-BNC3 ("U.S. Bank") filed and subsequently dismissed its Counter-Complaint.  (Docket Nos. 137, 151).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Defendant and in favor of Plaintiff.
2. Pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.*, Plaintiff properly rescinded the subject mortgage.  Defendant lost any security interest in the subject property when it failed to comply with the statutory requirements of TILA.
3. Pursuant to TILA, 15 U.S.C. Section 1640(a)(3) and Local Rule 54-12, Plaintiff as the prevailing party, is entitled to recovery of attorneys' fees.  On April 19, 2012, the Ninth Circuit awarded Plaintiff $19,005.00 in attorneys' fees for Plaintiff's successful appeal in this matter.  On October 17, 2012, this Court awarded Plaintiff attorneys' fees for this case in the amount of $113,295.00.  (Docket No. 142).  On December 11, 2012, this Court awarded Plaintiff $2,100.00 in attorneys' fees for Plaintiffs' legal fees incurred as a result of US Bank's recording of a lis pendens that was substantially unjustified and ordered expunged.  (Docket No. 149).  Attorneys' fees awarded to Plaintiff in this matter as of this judgment are

$134,400.00.

4. Plaintiff may submit an application to tax costs according to proof.

IT IS SO ORDERED.

January 17, 2013
Date

MICHAEL W. FITZGERALD
United States District Judge