JS-6

1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

11  WILLIE J. CAUSEY, JR.,                    )  Case No.: CV08-03460 MWF (CWx)
                                             )
12          Plaintiff,                        )
                                             )
13                                            )
                                             )
14       v.                                   )
                                             )  **FINAL JUDGMENT**
15  U.S. BANK NATIONAL                        )
    ASSOCIATION, TRUSTEE FOR                  )
16  LEHMAN BROTHERS-STRUCTURED                )
    ASSET INVESTMENT LOAN TRUST               )
17  SAIL 2006-BNC3, AND DOES 1-10,            )
                                             )
18                                            )
            Defendants.                       )
19                                            )
                                             )
20                                            )
                                             )
21                                            )
                                             )
22                                            )

23

24

25

26

27

28

1        Plaintiff Willie J. Causey's Motion for Summary Judgment came on regularly

2  for hearing on July 9, 2012.  The Court, having read and considered the supporting

3  points and authorities and evidence, having heard the arguments of counsel, and

4  good cause appearing therefore, HEREBY ORDERS AND DECREES that

5  Plaintiff's Motion for Summary Judgment is GRANTED.  (Docket No. 133 (Order

6  Granting Plaintiff's Motion for Summary Judgment)).  Defendant U.S. BANK

7  NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS-

8  STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006-BNC3 ("U.S.

9  Bank") filed and subsequently dismissed its Counter-Complaint.  (Docket Nos. 137,

10  151).

11        In light of the foregoing, in accordance with the Order, and pursuant to Rule

12  58(d) of the Federal Rules of Civil Procedure,

13        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

14      1.  Judgment is entered against Defendant and in favor of Plaintiff.

15      2.  Pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.*,

16          Plaintiff properly rescinded the subject mortgage.  Defendant lost any

17          security interest in the subject property when it failed to comply with the

18          statutory requirements of TILA.

19      3.  Pursuant to TILA, 15 U.S.C. Section 1640(a)(3) and Local Rule 54-12,

20          Plaintiff  as the prevailing party, is entitled to recovery of attorneys' fees.

21          On April 19, 2012, the Ninth Circuit awarded Plaintiff $19,005.00 in

22          attorneys' fees for Plaintiff's successful appeal in this matter.  On October

23          17, 2012, this Court awarded Plaintiff attorneys' fees for this case in the

24          amount of $113,295.00.  (Docket No. 142).  On December 11, 2012, this

25          Court awarded Plaintiff $2,100.00 in attorneys' fees for Plaintiffs' legal

26          fees incurred as a result of US Bank's recording of a lis pendens that was

27          substantially unjustified and ordered expunged.  (Docket No. 149).

28          Attorneys' fees awarded to Plaintiff in this matter as of this judgment are

1          $134,400.00.

2          4.  Plaintiff may submit an application to tax costs according to proof.

3

4    IT IS SO ORDERED.

5

6    January 17, 2013
7    Date                                              MICHAEL W. FITZGERALD
                                                       United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28